IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARGARET J. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-3159 |
| | ) | |
| STATE OF ILLINOIS; ILLINOIS SECRETARY OF STATE AND STATE LIBRARIAN, JESSE WHITE; ILLINOIS STATE LIBRARY; JEAN WILKINS, Director of Illinois State Library, Individually and Professionally; KATHLEEN BLOOMBERG, Associate Director of Illinois State Library, Individually and Professionally; ILLINOIS FEDERATION OF TEACHERS; JEAN REEDER; and GARY LEACH, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Defendants' motion to strike [d/e 98] the Plaintiff's responses [d/e 95 & 96] to the Defendants' answers [d/e 91 & 94] to the amended complaint.

1

After the Court granted in part and denied in part the Defendants' motions to dismiss the Plaintiff's amended complaint, the Defendants filed answers to the amended complaint. Plaintiff Margaret Collins then filed a response and an amended response to the Defendants' answers.

As the Defendants note, the Federal Rules of Civil Procedure do not permit the filing of a response or reply to an answer, unless the answer includes a counterclaim. None of the Defendants in this case filed a counterclaim. Accordingly, the Plaintiff's responses will be stricken.

<u>Ergo</u>, the motion of Defendants Illinois State Library; Illinois Secretary of State, Jesse White; Kathy Bloomberg and Jean Wilkins to strike the Plaintiff's response and amended response [d/e 98] is ALLOWED.

ENTER: May 16, 2006

                    FOR THE COURT:

                              s/Richard Mills
                              United States District Judge