IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARGARET J. COLLINS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-3159 |
| STATE OF ILLINOIS, et al., | ) |
| Defendants. | ) |

## OPINION

RICHARD MILLS, U.S. District Judge:

In an Order entered on March 27, 2007, the Court granted in part the Defendants' motion to strike portions of the Plaintiff's fourth amended complaint. The Plaintiff has filed a motion to correct that Order, which the Court construes as a motion to reconsider. The Court finds no basis to depart from its previous ruling.

Ergo, the Plaintiff's motion for reconsideration [d/e 168] is DENIED.

ENTER: May 31, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge