E-FILED
Wednesday, 22 August, 2007  11:09:30 AM
Clerk, U.S. District Court, ILCD

FILED

AUG 2 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Springfield, IL
August 22, 2007

MARGARET J. COLLINS
Plaintiff

Vs.                                                         No.  03-3159

STATE OF ILLINOIS, ILLINOIS SECRETARY OF STATE
And STATE LIBRARIAN, JESSE WHITE,
Illinois state Library, KATHLEEN BLOOMBERG
Associate Director, Illinois State Library, Individually
And Professionally, JEAN WILKINS
Director, Illinois State Library, Individually and Professionally
Defendants

And

ILLINOIS FEDERATION OF TEACHERS
JEAN REEDER
ILLINOIS FEDERATION OF PUBLIC EMPLOYEES #4408, AFL-CIO
GARY LEACH
Defendants

JURY TRIAL DEMANDED

## MOTION FOR PROTECTIVE ORDER

Now comes Margaret J. Collins, Plaintiff, pro se, to ask the Court for

Protective orders objecting to the deposition procedure, location, and

agreement on Court Reporter.  This motion is made in accordance with

Federal R. Civ. P. Rule 26 ( c ) and Rule 32 ( d ) on the     1.  Defendants

State of Illinois, et. al called my office on August 10, 2007 at 4:35p.m. to ask

if I was going to conduct discovery and I asked him to put his question in

writing as I was trying to leave the office.

2.  On August 15, 2007 at 10 a.m. I received a notice for deposition

for 10 a.m. the same day.  Needless to say inadequate notice was given and

there was no opportunity to respond to a late notice as I was leaving for

Chicago.

3. On August 20, 2007, I offered to attend a deposition on August 21st or 28th at 10 a.m. or 1 p.m. respectively.

4. On August 20, 2007  I found a hand delivered unstamped notice for the deposition  to be taken on the 21st in my mailbox.

5. On August 21, 2007, when I arrived at 10:15a.m. in a taxi I found a Springfield Police care with two policemen sitting outside Leahy Office where the hear was to be held.

6. When I walked into Leahy Office I found an intimidating setting with my immediate supervisor, Kathleen Bloomberg, a named defendant; Greg McCormick, Deputy Director of the Illinois State Library, unnamed in the case; Jean Reeder, named defendant, an unknown and unspecified court reporter and the two attorneys.

7. The location for the deposition was two small to accommodate all of the people crowded into  Leahy's Office.

Wherefore, Plaintiff, pro se, request the Court will provide that discovery be conducted with no one present except persons named in the complaint and their attorneys; that the place for the deposition be large enough to accommodate all the parties without crowding as was the case at Leahy; and that the court reporter not be from Golembeck Reporting Service.

Respectfully submitted:

Margaret J. Collins,
Plaintiff, pro se

AFFIDAVIT
1. I am Margaret J. Collins, Plaintiff, pro se

2. Plaintiff is not seeking to delay this deposition.

The Under signed certifies that the statements set forth in the above instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*[signature: Margaret J. Collins]*

## CERTIFICATE OF SERVICE

Margaret J. Collins, Plaintiff, pro se, hereby certifies that she has served a copy of the forgoing Motion for an Protective order on:

Thomas Klien
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

And

Mary Lee Leahy
Leahy Law Offices
308 East Canedy
Springfield, IL   62703-2202

by placing the same in a stamped addressed envelope and dropping it into an Untied States post office box in Springfield, IL on August 22, 2007.

*[signature: Margaret J. Collins]*
Margaret J. Collins
Plaintiff, pro se
1306 A Denison
Springfield, IL   62704
217-698-7606