UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Margaret J. Collins, ) | |
|     Plaintiff, ) | |
|       v. ) | No.  03-3159 |
| State of Illinois, Illinois Secretary of State and ) | |
| State Librarian, Jesse White, Illinois State Library, ) | |
| Kathleen Bloomberg, Associate Director, Illinois ) | |
| State Library, Individually and Professionally, Jean ) | |
| Wilkins, Director, Illinois State Library, ) | |
| Individually and Professionally, ) | |
|     Defendants, ) | |
|       and ) | |
| Illinois Federation of Teachers, Illinois Federation ) | |
| of Public Employees, Local 4408, AFT, AFL-CIO, ) | |
| Jean Reader, Gary Leach, ) | |
|     Defendants. ) | |

## JOINT MOTION FOR JUDGMENT AND FOR SANCTIONS

Now come the State Defendants, State of Illinois, Illinois State Library, Illinois Secretary of State, Jesse White, Jean Wilkins and Kathy Bloomberg by their attorney, Lisa Madigan, Attorney General for the State of Illinois, and the Union Defendants, Illinois Federation of Teachers, Illinois Federation of Public Employees (IFPE), AFT Local 4408, AFL-CIO, Jean Reeder and Gary Leach by their attorney, Mary Lee Leahy, and pray this Court impose sanctions on Plaintiff by entering Judgment in their favor and against Plaintiff, Margaret Collins. Defendants also pray for Judgment in their favor and against Plaintiff for the fees and costs incurred to prepare for the Plaintiff's deposition and for time and costs incurred on August 21, 2007.

In support of this Motion, Defendants state:

1. Assistant Attorney General Klein originally noticed the Plaintiff's deposition for August 28, 2007, at 10:00 a.m.  (See Exhibit A attached hereto)

2. On August 20, 2007, Plaintiff left a phone message for Attorney Klein that she would be available for her deposition on August 21, 2007 or on August 31, 2007.

3. Attorney Leahy is not available on August 31, 2007.

4. Attorney Klein tried repeatedly to talk to Plaintiff by phone on August 20, 2007, to confirm her deposition on August 21, 2007 at 10:00 a.m., but could not reach her or leave a message at the phone number she had left.

5. On August 20, 2007, Attorney Klein had a notice of deposition personally delivered on August 20, 2007, at Plaintiff's residence; that notice set Plaintiff's deposition for August 21, 2007, at 10:00 a.m., at Attorney Leahy's office, 308 East Canedy, Springfield, IL.  (See attached Exhibit B)

6. On August 21, 2007, at 10:00 a.m. the following persons appeared for the deposition: Attorney Klein, Defendant Bloomberg, Greg McCormink on behalf of the Secretary of State, Attorney Leahy, Defendant Reeder and the court reporter.

7. Shortly after 10:00 a.m. Plaintiff phoned Leahy Law Offices and spoke to Attorney Klein saying she was waiting for a taxi.

8. At approximately 10:25 a.m. Plaintiff arrived at Leahy Law Offices.

9. Plaintiff refused to give her deposition because some of the Defendants were present. Plaintiff stated that the only people she would allow to be present for her deposition were Attorney Klein and Attorney Leahy.

10. Attorney Klein explained to the Plaintiff that the defendants and a representative of the Secretary of State's Office had the right to be present at her deposition.

11. Plaintiff still refused to give her deposition.

12. Attorney Leahy then told the Plaintiff she would call the Magistrate Judge in order to solve the problem.

13. As Attorney Leahy was getting the Magistrate Judge's phone number to use on the speaker phone so that Plaintiff could participate, Plaintiff said she was leaving, that she would not give her deposition under these circumstances.

14. Attorney Klein stated again to Plaintiff that Attorney Leahy was going to get the Magistrate Judge on the phone so that the parties could address the issue with the Court.

15. Plaintiff again stated that she was leaving and that she would not proceed with the deposition.

16. Plaintiff then left.

17. Under the Federal Rules, Defendants have the right to take Plaintiff's deposition; Defendants have the right to be present at Plaintiff's deposition; defense counsel may need their assistance during Plaintiff's deposition.

18. Federal Rule of Civil Procedure 37 (d) states that "if a party...fails to appear before the officer who is to take the deposition, after being served with a proper notice...the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraphs (A), (B), and (C) or subdivision (b)(2) of this rule."

19. Federal Rule of Civil Procedure 37(b)(2)(C) states that the Court may enter "[a]n order...rendering a judgment by default against the disobedient party."

20. The failure of Plaintiff to give her deposition was willful.

21. It is extraordinarily difficult, if not impossible, to defend this case without being certain of Plaintiff's claims - especially given the vagueness of Plaintiff's complaint; therefore, her deposition was necessary.

WHEREFORE, Defendants pray this Court impose sanctions by entering judgment in their favor and against Plaintiff. Defendants further pray for fees and costs incurred in preparing for the taking of Plaintiff's deposition and their time and costs on August 21, 2007.

| | |
|---|---|
| s/ Thomas Klein | s/ Mary Lee Leahy |
| Attorney for State Defendants | Attorney for Union Defendants |
| Thomas Klein, 6271653 | Mary Lee Leahy, 1599534 |
| Assistant Attorney General | Leahy Law Offices |
| 500 South Second Street | 308 East Canedy |
| Springfield IL  62706 | Springfield IL  62703-2202 |
| 217-782-9014 | 217-522-4411 |
| | leahylaw@ameritech.net |

C:\My Docs\Fc\collins joint motion for judgment.3wpd.wpd