IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARGARET J. COLLINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF ILLINOIS, et al., )<br>)<br>Defendants. ) | No. 03-3159 |

## OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on September 20, 2007, the Court allowed the Defendants' joint motion for judgment and for sanctions. The Clerk entered judgment in favor of the Defendants and against the Plaintiff. Pending now before the Court is the motion for attorney fees filed by Defendant Illinois Federation of Teachers. Also pending is the motion for reconsideration and to vacate filed by the Plaintiff. The Court finds no basis to recede from its previously ruling. Accordingly, the motion for reconsideration and to vacate the judgment will be DENIED.

In its previous Opinion and Order allowing the Defendants' joint

1

motion for judgment and for sanctions, the Court Ordered the Plaintiff to pay the costs and fees incurred in preparing for the taking of Plaintiff's deposition on August 21, 2007, including the time and costs incurred on that day.

The Illinois Federation of Teachers has submitted a bill for attorney's fees and costs. According to that submission, fees of $1,575.00 were incurred on August 21, 2007, including time and costs incurred on previous days and that day. Although that figure appears to the Court to be reasonable, the Court requests that counsel submit an itemized list of costs and fees.

Ergo, the Plaintiff's motion for reconsideration and to vacate [d/e 187] is DENIED. The Court will defer ruling on the motion for attorney's fees filed by Defendant Illinois Federation of Teachers [d/e 186]. Counsel is Directed to submit an itemized list of costs and fees.

ENTER: October 23, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge

2